S. William Manera, Chapter 7 Trustee
P.O. Box 44350
Phoenix, AZ 85064
(602) 795-2796
(602) 795-2817 (fax)
swm-docs@swmanera.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| ANTHONY GASIOROWSKI | ) | CASE NO. 08-12513-PHX RTB |
| MARY ELLEN GASIOROWSKI | ) | |
| | ) | PETITION TO PAY DIVIDEND |
| Debtor(s) | ) | IN THE AMOUNT LESS THAN $5.00 |
| | ) | TO THE CLERK OF THE U.S. B |
| | | BANKRUPTCY COURT |

_____

S. William Manera, Trustee, reports that the following dividend(s) in amounts less than

$5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not

be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided

in "347" of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 1 | PYOD LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | $4.46 |
| 10 | Capital Recovery II<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131 | $0.88 |
| 11 | Capital Recovery II<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131 | $0.48 |
| 4 | PYOD LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | $4.61 |
| 5 | CHASE BANK USA, NA<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | $4.08 |
| 7 | Credit First N A | $1.22 |

|   | | |
|---|---|---|
|   | Po Box 818011<br>Cleveland, Oh 44181 | |
| 8 | Discover Bank/DFS Services LLC<br>P.O. BOX 3025<br>New Albany, OH 43054-3025 | $4.61 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $20.34 to the Clerk of the Court to be deposited in the Registry thereof.

<u>November 17, 2010</u>                          <u>/s/ S. William Manera</u>
Date                                                          S. William Manera